THOMAS H. BALL, Appellant, *v.* JULIAN M. GERARD et al., Respondents, Impleaded with Others.

*Ball* v. *Gerard*, 160 App. Div. 619, affirmed.
(Argued October 9, 1917; decided October 23, 1917.)

APPEAL from a judgment entered March 4, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by defendants, respondents, for judgment in their favor upon the pleadings and directed a dismissal of the complaint. The action was for false representations alleged to have been fraudulently made by the said defendants and others in a prospectus whereby the plaintiff was induced to enter into a subscription contract by which he bought and agreed to pay for stock of a mining company. The answer interposed a general denial and as an additional defense set up the Statute of Limitations.

*Frederick H. Sanborn* for appellant.

*John M. Bowers* and *Latham G. Reed* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.